OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

PETER T. DALLEO
Clerk

LOCKBOX 18
844 KING STREET
WILMINGTON, DE 19801
(302) 573-6170

FILED 1/4/08
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ DEC 2 1 2007 ★
BROOKLYN OFFICE

TO: Clerk of East. Dist. Of NY
U. S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

December 19, 2007

RE: USA v. Michael Brown
07-249-M

Dear Clerk:

Enclosed please find the original record together with a certified copy of the docket entries in the above referenced case.

Please acknowledge receipt of the documents on the enclosed duplicate of this letter.

Sincerely,

Ronald Golden
Deputy Clerk

/rpg
enclosure

I hereby acknowledge receipt of the record in the above referenced case on ___1/4/08 (docketing)___ .
(date)

_____
Signature

___Case Processing Clerk___
Title